IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANA SCHMIDT, ADMINISTRATOR ) <br> OF THE ESTATE OF ELISSA ) <br> LINDHORST, DECEASED, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MADISON COUNTY ET. AL, ) | Case No. 21-CV-152-SPM <br> Deadline for Completion of Click here to enter text. <br> Mandatory Mediation Process: N/A |

Choose an item..

# REPORT OF MANDATORY MEDIATION

A mediation session was held on March 6, 2023 – March 30, 2023. The outcome of the Mandatory Mediation session is as follows:

☒ **CASE HAS SETTLED**.

☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..

Or

☒ Additional time is needed to consummate the settlement, and the parties request that the Court enter a 60-day order.

☐ **MEDIATION WAS INCONCLUSIVE**. Another mediation session has been scheduled.

☐ **MEDIATION IS COMPLETE. CASE DID NOT SETTLE**. The case will proceed to trial pursuant to the Court's Scheduling Order.

☐ **OTHER. PLEASE EXPLAIN**.

DATED: 3/31/2023.

                                              Stephen C. Williams
                                              Mediator