IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANA SCHMIDT, Independent Administrator of the Estate of Elissa A. Lindhorst, deceased,<br><br>Plaintiff,<br><br>v.<br><br>KATHY L. NODINE, MADISON COUNTY, ILLINOIS, JOHN D. LAKIN, as the Sheriff of Madison County, Illinois, DEPUTY HURST, DEPUTY PAULDA, SGT. SARHAGE, ALISIA RUSHING, DEPUTY GOODWIN, DEPUTY CALDWELL, DEPUTY DECKER, LT. FOSTER, SGT. RICHERT, DEPUTY WILSON, LT. COURT, SGT. BARDELMEIER, DEPUTY WALLENDORFF, DEPUTY BURDEN, DEPUTY WHITECOTTON, DEPUTY HARING, and REBECCA McNAUGHTON, Special Representative of the Estate of Sgt. McNaughton,<br><br>Defendants. | Case No. 21-CV-00152-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that Defendants Sgt. McNaughton and Advanced Correctional Healthcare, Inc. were **DISMISSED** by the filing of an amended complaint.

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's 60 Day Order on April 3, 2023 (Doc. 73), this action is **DISMISSED with**

**prejudice**.

      **DATED:**   **June 5, 2023**

                                    **MONICA A. STUMP,**
                                    **Clerk of Court**

                                    **By:**  *s/ Jackie Muckensturm*
                                                    **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
                     **STEPHEN P. McGLYNN**
                     **U.S. District Judge**